DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENNETH CARL GUY,**
Appellant,

v.

**PLAZA HOME MORTGAGE, INC.,**
Appellee.

No. 4D17-3335

[August 2, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE 16022826.

Kenneth Carl Guy, Fort Lauderdale, pro se.

Laura H. Howard of The Solomon Law Group, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH, JJ., and ARTAU, EDWARD L., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***